UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LEONARD REY OLIVER, JR., | No. C 11-04354 LB |
| Plaintiff, | **JUDGMENT** |
| v. | **[Re: ECF No. 17]** |
| MICHAEL ASTRUE, | |
| Defendant. | |

_____/

On January 16, 2013, the court granted Plaintiff's motion for summary judgment, denied Defendant's cross-motion for summary judgment, and remanded the action to the Social Security Administration. Summary Judgment Order, ECF No. 17. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: January 16, 2013

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT (C11-04354 LB)